

No. 12–0028/AR. U.S. v. Carlos A. Riverarosado. CCA 20090924. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to June 1, 2012.

No. 12–0486/AR. U.S. v. Jeremey C. Clifton. CCA 20091092. Appellant's motion to extend time to file the supplement to the petition for grant of review is granted, *up to and including June 18 , 2012*, and *absent extraordinary circumstances, no further extension of time will be granted in this case*.

No. 11–0525/AF. Michael P. Grafmuller, Appellant v. United States, Appellee. CCA 37524. On consideration of Appellant's petition for reconsideration of this Court's order issued on April 25, 2012, it is ordered that said petition for reconsideration is hereby denied.